Case # 12-29642-RAM

**SUNDANCE CONDO ASSN INC et al.,**

    **Plaintiff**

**vs.**

**BRITO, ROBERTO M. et al.,**

    **Defendant**

_____/

## EMERGENCY MOTION TO REQUEST A CHANGE OF NAME AND/ OR ADD A.K.A.

    **COMES NOW**, the Defendant, **BRITO, ROBERTO M. ,** (hereinafter the

Defendant) , moves through this motion, and request this Court to enter an Order granting

the **EMERGENCY MOTION TO REQUEST A CHANGE OF NAME AND/ OR**

**ADD A.K.A** further proceeding on defendants' motion for summary judgment and as

grounds in support would state:

1. **Default** was entered by the Clerk on **August 16, 2012.**

2. On **August 16, 2012,** Defendant submitted a suggestion of Bankruptcy and the
   name on the Court Docket is not the same that is listed on the Bankruptcy receipt.

3. Please let Defendant have the opportunity to change and or add an Also Known
   As.

    **WHERFORE**, it is requested that Defendant's motion be granted, with respect to the

property.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished via first class U.S. Mail delivery to: Adam Cervera, Becker & Poliakoff P.A., Alhambra Towers, 121 Alhambra Plaza 10th Floor, Coral Gables, FL 33134 by U. S. Mail today August 16th, 2012.

Roberto M. Brito
828 3RD STREET #PH3
MIAMI BEACH, FL 33139
Phone: 917.239.0408
Defendant