**CGFD33** (2/28/11)



ORDERED in the Southern District of Florida on September 19, 2012

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 12−29642−RAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Robert M. Brito
aka Roberto Brito
828 3rd St PH3
Miami Beach, FL 33139

SSN: xxx−xx−1282

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy N Herkert, having filed a final report, is discharged and this case is closed.

# # #